**1**

Clinton FREEMAN v. STATE. (No. 10503.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Stonewall County; Bruce W. Bryant, Judge. W. J. Arrington, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of four years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**2**

Bob GARVIN v. STATE. (No. 10390.) (Court of Criminal Appeals of Texas. Nov. 10, 1926.) Appeal from District Court, Grayson County; F. E. Wilcox, Judge. Reasonover & Reasonover, of Denison, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction for selling intoxicating liquor; punishment assessed at one year in the penitentiary. In this condition, nothing is presented for review, and the judgment is affirmed.

**3**

Loyce GOOCH v. STATE. (No. 10613.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Oliver Cunningham, of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Taylor county of burglary, and his punishment fixed at two years in the penitentiary, from which he prosecutes this appeal. There is now on file in this record an affidavit in proper form, executed by appellant, requesting that this appeal be dismissed. The motion is granted, and the appeal is dismissed.

**4**

Ed GOODMAN v. STATE. (No. 10632.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Oliver Cunningham, of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified, the appeal is dismissed.

**5**

Joe GRIGSBY v. STATE. (No. 10616.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Lynn County; Gordon B. McGuire, Judge. Lockhart & Garrard, of Lubbock, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the sale of intoxicating liquor; punishment having been assessed at confinement in the penitentiary for one year. Appellant makes known to this court, by his affidavit filed herein, that he desires to withdraw his appeal. Complying with such request, the appeal is ordered dismissed.

**6**

Dorothy HENDERSON v. STATE. (No. 10414.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from Criminal District Court, Harris County; W. G. Love, Judge. Thos. F. Whiteside, Jr., Ed. H. Wicks, and Jim H. Letts, all of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of five years. Upon the request of the appellant, verified by her affidavit in writing, the appeal is dismissed.

**7**

LAWRENCE HILL v. STATE. (No. 10354.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from Floyd County Court; E. C. Nelson, Jr., Judge. Mathews & Folley, of Floydada, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is theft, a misdemeanor; punishment fixed at a fine of $15, and confinement in the county jail for a period of seven days. The indictment appears regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived. The judgment is affirmed.

**8**

Buford HOBBS v. STATE. (No. 10561.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from District Court, Dickens County; J. H. Milam, Judge. G. E. Hamilton, of Matador, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Dickens county of an aggravated assault; punishment, 90 days in the county jail. We find in the record an affidavit in due form, made by appellant, requesting that this appeal be dismissed. The request is granted. The appeal is dismissed.

**9**

Burrell JOHNSON v. STATE. (No. 10446.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. W. B. Browder, of Willis, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment being as-